# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDEN LAVAR TRAPP,

    Plaintiff,                              Case No. 23-cv-13061
                                             Hon. Matthew F. Leitman

v.

OPORTUN, INC, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court by stipulation of Branden Lavar Trapp and OPORTUN, INC. having stipulated to dismissal of the case, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

                                                   s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 1, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126

**Error! Unknown document property name.**